```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                     EASTERN DIVISION


JOHN H. ELLIS,                    )
                                  )
         Plaintiff,               )
                                  )
     vs.                          )   No. 4:07CV1857-DJS
                                  )
REINSURANCE ASSOCIATES, et al.,   )
                                  )
         Defendants.              )
```

## ORDER

On April 18, 2008, the neutral filed an Alternative Dispute Resolution Compliance Report stating that the parties achieved a settlement at their April 16 mediation conference. The Court's General Order Pertaining to Alternative Dispute Resolution Procedure requires that within fourteen days after a mediation resulting in settlement the parties shall file a written settlement agreement or a stipulation to dismiss, unless the Court grants an extension of time.

Accordingly,

**IT IS HEREBY ORDERED** that counsel shall file, within fourteen (14) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure timely to comply with this order may result in the dismissal of this action.

**IT IS FURTHER ORDERED** that in view of the settlement of the action, the **November 3, 2008** trial setting is vacated.

Dated this     22nd      day of April, 2008.


                                        /s/Donald J. Stohr                
                                        UNITED STATES DISTRICT JUDGE