IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN H. ELLIS, | ) |
|       Plaintiff, | ) |
| vs. | ) Cause No. 4:07-CV-01857-DJS |
| REINSURANCE ASSOCIATES, INC., et al., | ) |
|       Defendants. | ) |

**DEFENDANTS' MOTION FOR ADDITIONAL TIME
TO FILE STIPULATION FOR DISMISSAL**

Come now Defendants Reinsurance Associates, Inc., Matthew Croak, James Portell, and Richard Banks Croak, by and through undersigned counsel, and for their Motion for Additional Time to File Stipulation for Dismissal, respectfully state as follows:

1. Plaintiff and Defendants settled the above-captioned matter at mediation on April 16, 2008.

2. On April 22, 2008, the Court ordered the parties to file a stipulation for dismissal within 14 days.

3. The parties need additional time to complete the exchange of the release and hope to have this completed within the next few days.

4. The parties request that the court grant them until May 16, 2008 to file a stipulation for dismissal.

5. Plaintiff consents to this request for additional time.

WHEREFORE, Defendants Reinsurance Associates, Inc., Matthew Croak, James Portell, and Richard Banks Croak move the Court for its Order granting the parties until May 16, 2008 to file a stipulation for dismissal and such further relief as the Court deems just and proper under the premises.

/s/ Brett A. Williams
Lawrence B. Grebel  #3262
*lgrebel@bjpc.com*
Brett A. Williams  #109048
*bwilliams@bjpc.com*
BROWN & JAMES, P.C.
1010 Market Street, 20th Floor
St. Louis, Missouri  63101
(314) 421-3400
(314) 421-3128 (Facsimile)

Attorneys for Defendants
Reinsurance Associates, Inc.,
Matthew Croak, James Portell,
and Richard Banks Croak

## Certificate of Service

I hereby certify that on this 7th day of May, 2008, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

David M. Heimos, Esq.
230 S. Bemiston, Suite 1200
Clayton, Missouri 63105
*Attorney for Plaintiff*

/s/ Brett A. Williams

LBG/baw/8269651