# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOHN H. ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.:  4:07CV1857 DJS |
| vs. | ) |
| | ) |
| REINSURANCE ASSOCIATES, INC., a Missouri | ) |
| corporation, MATTHEW T. CROAK, JAMES PORTELL | ) |
| and RICHARD BANKS CROAK, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

COME NOW the parties, by counsel, and herein stipulate that this cause shall be dismissed, with prejudice, all parties to pay their own respective attorney's fees and Courts costs.

Respectfully Submitted,

BY:   **/s/ David M. Heimos**
David M. Heimos, #8069
Attorney for Plaintiff
230 South Bemiston, Suite 1200
Clayton, Missouri 63105
314-862-3333 Ext. 17
314-862-0605 Fax
davidmheimos@birch.net E-mail

BY:   **/s/ Brett A. Williams**
Brett A. Williams #109048
bwilliams@bjpc.com
BROWN & JAMES, P.C.
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3400
(314) 421-3128 (Facsimile)
Attorneys for Defendants